# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

145116

PATRICK J. KENNEY,
        Plaintiff-Appellant,

v

WARDEN RAYMOND BOOKER,
        Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 145116
COA: 304900
Wayne CC: 11-003828-AH

On January 10, 2013, the Court heard oral argument on the application for leave to appeal the April 3, 2012 judgment of the Court of Appeals. The application was again considered and leave to appeal was granted on January 25, 2013. Oral argument is scheduled for May 8, 2013. On order of the Court, the parties shall submit additional briefing regarding the impact of the following events on the Court's analysis of the legal issues presented in this case and whether the case has, or soon may, become moot: (1) at the parole revocation hearing, plaintiff pleaded guilty to violating parole by failing to report to his parole officer; (2) after plaintiff's parole was revoked and subsequently reinstated, plaintiff failed to report to his parole officer on at least two occasions resulting in additional independent bases for revocation; and (3) when plaintiff was most recently released on parole, on June 1, 2011, he was paroled for a 24-month term (Appellant's Appendix at 88a-90a), which would terminate on June 1, 2013. The parties' briefs must be submitted no later than May 6, 2013.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

t0429